■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CLINKSCALES, Appellant. [716 NYS2d 260] —Judgment unanimously affirmed. Memorandum: Defendant failed to preserve for our review his contentions concerning the questioning of himself and his wife on cross-examination by the prosecutor (*see*, CPL 470.05 [2]), and we decline to exercise our power to review those contentions as a matter of discretion

in the interest of justice (*see*, CPL 470.15 [6] [a]). Defendant contends that County Court erred in allowing the prosecutor to impeach her own witness with statements allegedly made by the witness to the prosecutor outside court (*see*, CPL 60.35). Although that contention was preserved for our review by a timely objection, no prejudice resulted because the witness did not admit making those statements and no independent proof of those statements was offered (*see*, CPL 470.05 [1]). In this nonjury case, the court is presumed to have considered only competent evidence in reaching the verdict (*see, People v Limpert,* 186 AD2d 1005, *lv denied* 81 NY2d 764; *People v Marcano,* 157 AD2d 533; *People v Robinson,* 143 AD2d 376, 377, *lv denied* 73 NY2d 789), and there is no basis in this record to conclude that the court did otherwise (*see, People v Concepcion,* 266 AD2d 227, *lv denied* 94 NY2d 917). Finally, we conclude that defendant received meaningful representation (*see, People v Baldi,* 54 NY2d 137, 147). (Appeal from Judgment of Erie County Court, Rogowski, J.—Assault, 2nd Degree.) Present—Pigott, Jr., P. J., Wisner, Kehoe and Balio, JJ.